UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| MICHELLE M. BOOTES | ) | |
| | ) | CIVIL ACTION NO. 3:15-CV-440 |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | |
| | ) | Judge Greg N. Stivers |
| FIFTH THIRD BANK, | ) | Magistrate Judge Dave Whalin |
| | ) | |
| | ) | |
| DEFENDANT | ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Michelle M. Bootes, by counsel, and Defendant Fifth Third Bank, by counsel, hereby agree that all claims asserted, or which could have been asserted, by Plaintiff against Defendant Fifth Third Bank should be dismissed, and the Court being otherwise sufficiently advised;

**IT IS ORDERED AND ADJUDGED** that Plaintiff's claims against Defendant Fifth Third Bank are hereby **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and attorneys' fees.

**Greg N. Stivers, Judge**
**United States District Court**

May 2, 2016